June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. E. F. Thompson* for the petitioner. *Mr. John M. Zane, Mr. Charles F. Morse* and *Mr. J. L. Minnis* for the respondent.

---

No. 1019. THE FIRST NATIONAL BANK OF ROSWELL, PETITIONER, *v.* HOGGSON BROTHERS. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William C. Reid* for the petitioner. *Mr. Selden Bacon* for the respondent.

---

No. 1020. JOSEPH F. WILSON & COMPANY, CLAIMANT, ETC., PETITIONER, *v.* SOUTH ATLANTIC STEAMSHIP COMPANY. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Parker Kirlin, Mr. William R. Leaken* and *Mr. Mark W. Maclay, Jr.,* for the petitioner. *Mr. Samuel B. Adams* for the respondent.

---

No. 1024. CORNELIA E. CLEMENT, PETITIONER, *v.* MARY ANN WHITTAKER, ETC. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Robert H. McCarter* and *Mr. Gilbert Collins* for the petitioner. *Mr. Bayard Stockton* for the respondents.

---

No. 1026. ST. LOUIS SOUTHWESTERN RAILWAY COMPANY, PETITIONER, *v.* W. H. MCLAUGHLIN ET AL.

June 12, 1916. Petition for a writ of certiorari to the United States Circuit Coure ,of Appeals for the Eighth Circuit denied. *Mr. Edward A. Haid, Mr. A. L. Burford* and *Mr. W. T. Wooldridge* for the petitioner. *Mr. George B. Rose, Mr. W. E. Hemingway, Mr. J. F. Loughborough* and *Mr. V. M. Miles* for the respondents.

---

No. 1027. MALDONADO & COMPANY, PETITIONER, *v.* NEW YORK & CUBA MAIL STEAMSHIP COMPANY. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Daniel P. Hays* for the petitioner. *Mr. Norman B. Beecher* and *Mr. Roscoe H. Hupper* for the respondent.

---

No. 1028. J. BACON & SONS, PETITIONER, *v.* ROBERT C. KINKEAD. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William Marshall Bullitt* for the petitioner. *Mr. H. H. Nettelroth* for the respondent.

---

No. 1036. MONTGOMERY WARD & COMPANY (INC.), PETITIONER, *v.* IOWA WASHING MACHINE COMPANY. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Taylor E. Brown* and *Mr. Clarence E. Mehlhope* for the petitioner. *Mr. Robert H. Parkinson* and *Mr. Wallace R. Lane* for the respondent.

---

No. 1039. WESTINGHOUSE ELECTRIC & MANUFACTURING COMPANY ET AL., PETITIONERS, *v.* IDAHO-OREGON